**2006–1033.   St. Marys v. Auglaize Cty. Bd. of Commrs.**

Auglaize App. No. 2–05–17, 2006-Ohio-1773. Discretionary appeal accepted on Proposition of Law Nos. I, II, and III.

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., would also accept on all other Propositions of Law.

PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2006–1081.   Acordia of Ohio, LLC v. Davis.**

Hamilton App. No. C–050559.

PFEIFER and O'DONNELL, JJ., dissent.

**2006–1095.   State v. Maddox.**

Montgomery App. No. 21133, 2006-Ohio-2127. Discretionary appeal accepted; cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–1110, *State v. Maddox,* Montgomery App. No. 21133, 2006-Ohio-2127; and briefing schedule stayed.